**Order entered Mach 14, 2022**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-21-00838-CV

### CHERYL YOUNG, Appellant

### V.

### DALLAS COUNTY, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. TX-19-01116

### ORDER

Before the Court is appellant's March 10, 2022 motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on March 10 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE